UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALPESHKUMAR SHAH,

      Plaintiff,

      v.                                              Case No. 04-C-0613

STATE OF WISCONSIN DEPARTMENT OF
TRANSPORTATION, ABDULAZIZ ALEIOW,
JOHN SHAW, DEWAYNE JOHNSON,
CLAUDIA PETERSON and GAIL MILLER,

      Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION, INSPECTION AND COPYING OF DOCUMENTS**

On October 7, 2005, the plaintiff, Alpeshkumar Shah ("Shah") filed a motion to compel production, inspection, and copying of documents. The defendants ("DOT") did not respond to this motion. Subsequently, on October 25, 2005, Shah filed a motion to compel answers to interrogatories. On November 2, 2005, the DOT filed its response to the plaintiff's motion to compel answers to interrogatories. On December 15, 2005, this court held a hearing on both plaintiff's motion to compel production, inspection, and copying of documents and plaintiff's motion to compel answers to interrogatories. After giving due consideration to the arguments made by Shah and by the DOT, and for the reasons stated on the record, the plaintiff's motion to compel answers to interrogatories will be granted in part and denied in part and the plaintiff's motion to compel production, inspection, and copying of documents will be denied.

**NOW THEREFORE IT IS ORDERED** that plaintiff's motion to compel answers to interrogatories numbers 2 and 14 be and hereby is denied;

**IT IS FURTHER ORDERED** that the plaintiff's motion to compel an answer to interrogatory number 15 is granted in part, in that within 21 days of the date of this order, the DOT shall identify the information requested in interrogatory number 15 for the last five years, beginning on January 1, 2000;

**IT IS FURTHER ORDERED** that plaintiff's motion to compel production, inspection, and copying of documents set forth in request numbers 2 and 3 be and hereby is denied as moot;

**IT IS FURTHER ORDERED** that plaintiff's motion to compel production, inspection, and copying of documents set forth in request numbers 4, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 and 21 be and hereby is denied.

**IT IS FURTHER ORDERED** that the August 10, 2005 scheduling order be amended to reflect the following changes:

1. All discovery is to be completed in accordance with Civil L.R. 26.2 by April 3, 2006.

2. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56.1 and 56.2, no later than April 17, 2006.

3. A scheduling conference will be conducted on Monday, April 24, 2006, at 9:15 a.m. in Room 253 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202. If there are unresolved summary judgment motions at that time, the scheduling conference will be cancelled.

4. The scheduling conference to be held on Monday, March 6, 2006 is cancelled.

5. All other aspects of the August 10, 2005 scheduling order remain in effect.

**SO ORDERED** this   16th   day of December 2005, at Milwaukee, Wisconsin.


                                    /s/ William E. Callahan, Jr.
                                    WILLIAM E. CALLAHAN, JR.
                                    United States Magistrate Judge

3