# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ALPESHKUMAR SHAH,

      Plaintiff,

    v.                                Case No. 04-C-0613

STATE OF WISCONSIN
DEPARTMENT OF TRANSPORTATION,
ABDULAZIZ ALEIOW, JOHN SHAW,
DEWAYNE JOHNSON, CLAUDIA PETERSON,
and GAIL MILLER,

      Defendants.

ALPESHKUMAR SHAH,

      Plaintiff,

    v.                                Case No. 06-C-1266

STATE OF WISCONSIN
DEPARTMENT OF TRANSPORTATION,
ABDULAZIZ ALEIOW, JOHN SHAW,
and DEWAYNE JOHNSON,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART THE PLAINTIFF'S RULE 7.4 MOTION FOR LEAVE TO APPEAR AS COUNSEL AND TO AMEND THE SCHEDULING ORDER

On December 12, 2007, the plaintiff, Alpeshkumar Shah, filed a Civil Local Rule 7.4 non-dispositive motion asking the court to order (1) Attorney Thomas Hayes leave to appear as counsel on the record and (2) an amendment to the scheduling order allowing the plaintiff until January 15,

2008 to file his response to the defendants' motion for summary judgment. On December 17, 2007, the court held a hearing to address the plaintiff's motion. Appearing by telephone on behalf of the plaintiff was Attorney Thomas Hayes, and appearing by telephone on behalf of the defendants was Assistant Attorney General Nadim Sahar. For the reasons stated on the record, the court rules as follows:

**NOW THEREFORE IT IS ORDERED** that the plaintiff's motion for leave to appear as counsel of record be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that the plaintiff's motion to amend the scheduling order to permit the plaintiff additional time to file his response to the defendants' motion for summary judgment be and hereby is **DENIED IN PART** and **GRANTED IN PART**;

**IT IS FURTHER ORDERED** that <u>on or before January 14, 2008</u>, the plaintiff shall file his materials in opposition to the defendants' motion for summary judgment;

**IT IS FURTHER ORDERED** that <u>on or before January 29, 2008</u>, the defendants shall file their reply.

**SO ORDERED** this <u>17th</u> day of December 2007, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

2